UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAHID AND ANN KHAN,

        Plaintiff,

v.

UNITED STATES OF AMERICA, acting by
and through the INTERNAL REVENUE
SERVICE,

        Defendant.

and

JONCTION, LLC,

        Plaintiff,

v.

UNITED STATES OF AMERICA, acting by
and through the INTERNAL REVENUE
SERVICE,

        Defendant.

and

KPASA, LLC,

        Plaintiff,

v.

UNITED STATES OF AMERICA, acting by
and through the INTERNAL REVENUE
SERVICE,

        Defendant.

and

SRK WILSHIRE PARTNERS, LLC,

Case No. 07-50407
Honorable David M. Lawson

**JUDGMENT**

CONSOLIDATED CASES

Case No. 07-50418
Honorable David M. Lawson

Case No. 07-50419
Honorable David M. Lawson

        Plaintiff,

v.                                                Case No. 07-50421
                                                  Honorable David M. Lawson

UNITED STATES OF AMERICA, acting by
and through the INTERNAL REVENUE
SERVICE,

        Defendant.

and

SRK WILSHIRE PARTNERS, INC.,

        Plaintiff,

v.                                                Case No. 07-50422
                                                  Honorable David M. Lawson

UNITED STATES OF AMERICA, acting by
and through the INTERNAL REVENUE
SERVICE,

        Defendant.

and

UVIADO, LLC,

        Plaintiff,

v.                                                Case No. 07-50423
                                                  Honorable David M. Lawson

UNITED STATES OF AMERICA, acting by
and through the INTERNAL REVENUE
SERVICE,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is entered for the defendant and against the plaintiffs. The petitions are dismissed.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  April 14, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 14, 2009.

s/Lisa M. Ware
LISA M. WARE

---